# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                           Case: 3:02M265TPS

Mr. Jason R. Cone
28 Crown Knoll Court
Groton, CT  06340

## MOTION TO DISMISS

The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above entitled matter be dismissed.

/s/ William C. Kuebler
William C. Kuebler, CT 25092
Special Assistant U.S. Attorney
District of Connecticut

SO ORDERED:

_____
The Honorable Thomas P. Smith
U.S. Magistrate Judge

Hartford, Connecticut

Dated: 1/25/05